IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| DATA MORTGAGE, INC.<br>dba ESSEX MORTGAGE,<br>   Plaintiff, | § § § § § | |
| VS. | § § | CIVIL ACTION NO. |
| JUSTIN PURSLEY; UNITED STATES<br>OF AMERICA, ON BEHALF OF THE<br>SECRETARY OF HOUSING AND<br>URBAN DEVELOPMENT; and<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.<br>   Defendants. | § § § § § § § | 3:25-cv-00054-TES |

## ORDER GRANTING DEFAULT JUDGMENT AS TO MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

The Court has considered Data Mortgage, Inc. dba Essex Mortgage's Motion for Default Judgment as to Defendant Mortgage Electronic Registration Systems, Inc. filed on November 10, 2025. After carefully considering the Motion, the Court is of the opinion that the Motion is well taken and should be Granted.

**IT IS ORDERED** that Plaintiff's Motion for Default Judgment as to Mortgage Electronic Registration Systems, Inc. is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall proceed with the foreclosure sale and extinguish the junior lien of Defendant Mortgage Electronic Registration Systems, Inc.

14/10/25

UNITED STATES DISTRICT JUDGE