IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| DATA MORTGAGE, INC. dba ESSEX MORTGAGE, Plaintiff, | § § § § § | |
| VS. | § § | CIVIL ACTION NO. |
| JUSTIN PURSLEY; UNITED STATES OF AMERICA, ON BEHALF OF THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. Defendants. | § § § § § § § § | 3:25-cv-00054-TES |

### ORDER GRANTING DEFAULT JUDGMENT AS TO JUSTIN PURSLEY

The Court has considered Data Mortgage, Inc. dba Essex Mortgage's Motion for Default Judgment as to Justin Pursley filed on November 7, 2025. After carefully considering the Motion, the Court is of the opinion that the Motion is well taken and should be Granted.

**IT IS ORDERED** that Plaintiff's Motion for Default Judgment as to Justin Pursley is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court quantified the amount chargeable to the Property in respect of the Loan in the amount of three hundred forty-seven thousand, five hundred dollars and fifty-seven cents ($347,500.57).

**IT IS FINALLY ORDERED** that Plaintiff shall proceed with the foreclosure sale securing such amount as remedy to Data Mortgage, Inc. dba Essex Mortgage for the breach of contract by Defendant Justin Pursley.

11/10/25

_____
UNITED STATES DISTRICT JUDGE